UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kerry Kidd

        v.                      Civil No. 11-cv-350-JL

Northern NH Correctional Facility, Acting Warden

O R D E R

Because the filing fee for a habeas corpus petition is $5, the order granting the petitioner's in forma pauperis request and setting interim payments on the $350 filing fee (doc. no 3) is vacated. Petitioner's motion to proceed in forma pauperis (doc. no. 2) is granted and the $5 filing fee is waived in full.

      SO ORDERED.

August 8, 2011                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          United States Magistrate Judge

cc:     Kerry Kidd, pro se