## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Kerry Kidd

      v.                               Civil No. 11-cv-350-JL

Northern NH Correctional Facility, Acting Warden

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Exhibit B to the Plaintiff's Amendment to Response to Objection of the Respondents (Answer to Habeas Petiton) in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Exhibit B. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit B to the Amendment to Response to Objection of the Respondents (Answer to Habeas Petiton), the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                   */s/ Daniel J. Lynch*
                                   Daniel J. Lynch
                                   United States Magistrate Judge

Date:  May 15, 2012

cc:    Kerry Kidd, pro se
       Elizabeth Woodcock, Esq.