UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Kerry Kidd</u>

    v.                                    Civil No. 11-cv-350-JL

<u>Northern NH Correctional Facility, Acting Warden</u>


<u>ORDER</u>

    Re: Document No. 25, Motion for Initial Disclosures

    Ruling: Kidd's document, docketed as "Motion for Initial Disclosures" (doc. no. 25) restates and clarifies the nature of his claims for relief and includes in the prayer for relief a request for a new trial and a hearing on the claims stated in his petition. As such, the document is properly docketed as an addendum to the petition and is not a motion relating to initial disclosures. The clerk is directed to redocket the "Motion for Initial Disclosures" (doc. no. 25) as an addendum to the petition. Defendants are directed to file a response to the addendum, if any, within 14 days of the date of this order.


Date: <u>July 31, 2012</u>                      <u>/s/ Landya B. McCafferty</u>
                                                            US Magistrate Judge


cc: Kerry Kidd, pro se
    Elizabeth Woodcock, Esq.