UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kerry Kidd

              v.                              Civil No. 11-cv-350-JL

Northern NH Correctional Facility, Acting Warden


O R D E R

After due consideration of the objection filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated October 15,
2012. " '[O]nly those issues fairly raised by the objections to the magistrate's report
are subject to review in the district court and those not preserved by such objection
are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d
554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,
848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792
F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to
magistrate's report will waive the right to appeal).

        SO ORDERED.


November 20, 2012                   _____
                                 Joseph N. Laplante
                                 Chief Judge


cc:   Kerry Kidd, pro se
       Elizabeth Woodcock, Esq.