UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kerry Kidd</u>

        v.                        Civil No. 11-cv-350-JL

<u>Northern NH Correctional Facility,</u>
<u>Acting Warden</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 28, 2012. " '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal). Further, because the Petitioner has made no substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. See 28 U.S.C. §2253(c)(2); First Cir.LR22.0.

        SO ORDERED.

December 29, 2012                       _____
                                                    Joseph N. Laplante
                                                    Chief Judge

cc:    Kerry Kidd, Pro se
       Elizabeth C. Woodcock, Esq.