UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Kerry Kidd</u>

   v.                                    Civil No. 11-cv-350-JD

<u>Northern N.H. Correctional</u>
<u>Facility, Acting Warden</u>


**<u>NOTICE OF RULING</u>**

    Re: Document No. 55, Motion for Leave to Amend Motion to Reconsider

    Ruling: Denied. The (first) motion to amend (doc. no. 55) the pending motion to reconsider is DENIED. Relevant matters asserted in the proposed amendment and facts recounted in the exhibit are already documented in the record in this case, <u>see, e.g.</u>, Doc. Nos. 27-3, 32, and 38. Nothing in the motion to amend (doc. no. 55) affects either the recommendation that the court deny the underlying motion to reconsider, or the reasons therefor, set forth in the March 13, 2013, report and recommendation (doc. no. 54).

                                                                  _____
                                                                  Landya McCafferty
                                                                  United States Magistrate Judge

Date: April 30, 2013

cc: Kerry Kidd, pro se
    Elizabeth C. Woodcock, Esq.