UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kerry Kidd

   v.                                       Civil No. 11-cv-350-JD

Northern N.H. Correctional
Facility, Acting Warden


**NOTICE OF RULING**

    Re:  Document No. 59, Motion to Amend Motion for
    Reconsideration

    Ruling: Denied. The (second) motion to amend (doc. no. 59) the pending motion to reconsider is DENIED.  The motion to amend asserts no new issues or evidence relevant to the motion to reconsider.  Nothing in the motion to amend (doc. no. 55) affects either the recommendation that the court deny the underlying motion to reconsider, or the reasons therefor, set forth in the March 13, 2013, report and recommendation (doc. no. 54).

                                              _____
                                              Landya McCafferty
                                              United States Magistrate Judge

Date: April 30, 2013

cc:  Kerry Kidd, pro se
     Elizabeth C. Woodcock, Esq.